DET 069873

County of ___MONROE___
OFFICE OF THE CLERK

STATE of Michigan

Case: 2:14-mc-50981
Judge Battani, Marianne O.
MJ: Whalen, R. Steven
Filed: 07-23-2014 At 10:51 AM
OTH IN RE COMMON LAW VEHICULAR JUDI
CIAL NOTICE CONSTITUTIONAL DRIVERS LI

## COMMON LAW VEHICULAR JUDICIAL NOTICE
## CONSTITUTIONAL DRIVERS LICENSE

THE UNDERSIGNED Common Law Citizen __Michael Richey Smith__ hereby Certifies, by Rights Secured under provisions of the Constitution of the United States of America, the Constitution of the several states, Common Law, Nature and Laws of Natures GOD, that these Rights are retained in FEE SIMPLE ABSOLUTE, and held and protected with special regard to Rights designated and/or set forth as follows: ALSO NOTE Rights and Property are ONE AND THE SAME THING-by the Honorable Justice LOUIS BRANDIS U.S. SUPREME COURT.

NOTICE AND ADVISORY OF RIGHTS CLAIMED INVIOLATE:

1) The Right to TRAVEL FREELY, UNENCUMBERED, and UNFETTERED is guaranteed as a RIGHT and not a mere privilege. That the Right to TRAVEL is such a BASIC RIGHT it does NOT even need to be mentioned for it is SELF-evident by Common Sense that the Right to TRAVEL is a BASIC CONCOMMITANT of a FREE Society to come and go from length and breath FREELY UNENCUMBERED and UNFETTERED distinguishes the characteristic required for a FREE PEOPLE TO EXIST IN FACT. Please See SHAPIRO vs. THOMSON, 394 U. S. 618 . Further, the Right to TRAVEL by private conveyance for private purposes upon the Common way can **NOT BE INFRINGED.** No license or permission is required for TRAVEL when such TRAVEL IS NOT for the purpose of [COMMERCIAL] PROFIT OR GAIN on the open highways operating under license IN COMMERCE. The above named Common Law Citizen listed **IS NOT OPERATING IN COMMERCE** and as such is thereby **EXEMPTED FROM THE REQUIREMENT OF A LICENSE** AS SUCH. Further, the __Mentioned__ state, is **FORBIDDEN BY LAW** from converting a BASIC RIGHT into a PRIVILEGE and requiring a LICENSE and or a FEE CHARGED for the exercise of the BASIC RIGHT. Please SEE MURDOCK vs. PENNSYLVANIA, 319 U.S. 105, and if __Mentioned__ state does ERRONIOUSLY convert BASIC RIGHTS into PRIVILEGES and require a License or FEE a Citizen may **IGNORE THE LICENSE OR FEE WITH TOTAL IMMUNITY FOR SUCH EXERCISE OF A BASIC RIGHT.** Please see Schuttlesworth vs. BIRMINGHAM, ALABAMA, 373 U.S. 262. Now if a Citizen exercises a BASIC RIGHT and a Law of ANY state is to the contrary of such exercise of that BASIC RIGHT, the said supposed Law of ANY state is a FICTION OF LAW and 100% TOTALLY **UNCONSTITUTIONAL** and NO COURTS ARE BOUND TO UPHOLD IT AND NO Citizen is REQUIRED TO OBEY SUCH **UNCONSTITUTIONAL LAW OR LICENSE REQUIREMENT.** Please see MARBURY vs. MADISON, 5 U.S. 137 (1803), which has never been overturned in over 194 years, see Shephard's Citations. Now further, if a Citizen relies in good faith on the advice of Counsel and or on the Decisions of the UNITED STATES SUPREME COURT that Citizen has a **PERFECT DEFENSE** to the element of WILLFULNESS and since the burden of proof of said WILLFULNESS is on the Prosecution to prove beyond a REASONABLE DOUBT, said task or burden being totally impossible to specifically preform there is NO CAUSE OF ACTION FOR WHICH RELIEF MAY BE GRANTED BY A COURT OF LAW. Please see U.S. vs. Bishop 412 U.S. 346 . **OBVIOUSLY THERE IS NO LAWFUL CHARGE AGAINST EXERCISING A BASIC Right to TRAVEL for a regular Common Law Citizen NOT IN COMMERCE on the common way Public HIGHWAY, THAT IS THE LAW!!! The above named Citizen IS IMMUNE FROM ANY CHARGE TO THE CONTRARY AND ANY PARTY MAKING SUCH CHARGE SHOULD BE DULY WARNED OF THE TORT OF TRESPASS!!! YOU ARE TRESPASSING ON THIS Common Law Citizen!!!**

2) The original and Judicial jurisdiction of the United States Supreme Court is ALL actions in which a State may be party, thru subdivision, political or trust. This includes ALL state approved subdivisions and/or INCORPORATED Cities, Townships, Municipalities, and Villages, Et Al . Please see Article 3, Section 2, Para. (1) and (2), U.S. Constitution.

3) The undersigned has NEVER willingly and knowingly entered into ANY Contract or Contractual agreement giving up ANY Constitutional Rights which are secured by the CONSTITUTION, the SUPREME LAW OF THE LAND. This Common Law Citizen has NOT harmed any party, has NOT threatened any party, and that includes has NOT threatened or caused any endangerment to the safety or well being of any party and would leave any claimant otherwise to their strictest proofs otherwise IN A COURT OF LAW. The above named Citizen is merely exercising the BASIC RIGHT TO TRAVEL UNENCUMBERED and UNFETTERED on the Common public way or highway, which is their RIGHT TO SO DO!!! Please see Zobel vs. Williams, 457 U.S. 55, held the **RIGHT TO TRAVEL is Constitutionally PROTECTED!!**

4) Conversion of the RIGHT TO TRAVEL into a PRIVILEGE and or CRIME is **A FRAUD** and is in clear and direct conflict with the UNITED STATES CONSTITUTION, THE SUPREME LAW OF THE LAND. LAWS made by any state, which are clearly in direct CONFLICT or REPUGNANCY are **UNCONSTITUTIONAL** and are NOT WITH STANDING IN LAW AND ARE BEING CHALLENGED AS SUCH HERE AND THEREBY ARE NULL AND VOID OF LAW ON THEIR FACE. NO COURTS ARE BOUND TO UPHOLD SUCH FICTIONS OF LAW AND NO Citizen is bound to obey such a FICTION OF LAW. SUCH REGULATION OR LAW OPERATES AS A MERE NULLITY OR FICTION OF LAW AS IF IT NEVER EXISTED IN LAW. No CITIZEN IS BOUND TO OBEY SUCH UNCONSTITUTIONAL LAW!!!!!

5) The payment for a privilege requires a benifit to be received As the RIGHT TO TRAVEL is already secured it is clearly unlawful to cite any charges without direct damage to the specific party . Nor may a Citizen be charged with an offense for the exercise of a CONSTITUTIONAL RIGHT, in this case the RIGHT TO TRAVEL. Please see Miller vs. UNITED STATES 230 F2d 486 . Nor may a Citizen be denied **DUE PROCESS OF LAW or EQUAL PROTECTION UNDER THE LAW.**

6) The undersigned does hereby claim, declare, and certify ANY AND ALL their CONSTITUTIONAL RIGHTS INVIOLATE from GOD and secured in THE UNITED STATES CONSTITUTION and the CONSTITUTION OF THE state wherein they abode as a SOVEREIGN, COMMON LAW CITIZEN existing and acting entirely AT THE COMMON LAW, and retains ALL BASIC RIGHTS under the CONSTITUTION OF THE UNITED STATES OF AMERICA, NATURE AND NATURE'S GOD AND UNDER THE LAWS OF GOD THE SUPREME LAW GIVER.

**7) ANY VIOLATOR OF THE ABOVE CONSTRUCTIVE NOTICE AND CLAIM IS CRIMINALLY TRESPASSING UPON THIS ABOVE NAMED COMMON LAW Citizen and WILL BE PROSECUTED TO THE FULLEST EXTENT UNDER THE SUPREME LAW OF THE LAND. BE WARNED OF THE TRESPASS AND THE ATTACHED CAVEATS. ALSO TAKE CONSTRUCTIVE NOTICE, IGNORANCE OF THE LAW IS NOT AN EXCUSE!!**

SIGNATURE OF THE ABOVE NOTED Common Law Citizen is signed _Michael Richey Smith_

WITNESS_____ Date_____

WITNESS_____ Date _7/18/14_

or

NOTARY PUBLIC _Crystal M Shiffert_ MY COMMISSION EXPIRES_____

[Notary stamp: CRYSTAL M. SHIFFERT / NOTARY PUBLIC - STATE OF MICHIGAN / COUNTY OF MONROE / My Commission Expires March 30, 2021]

Form below use for County Clerk

state of MICHIGAN

COUNTY OF_____

I, _____, CLERK of the County of _____, thereof do hereby certify the Citizen above named has sworn to the contents of this document and that same is TRUE AND CORRECT. IN TESTIMONY WHEREOF, I have hereto set my hand and affixed the SEAL of said CIRCUIT COURT, at the City of _____, MICHIGAN this ____ _____day of_____ _____, AD.___ _____

_____Deputy County Clerk for

_____ COUNTY CLERK

Michael Smith
24165 Rosewood
Taylor, MI 48180
734-497-5214

http://justiceprose.8m.com/carl/carl41.html 7/17/2014



## SPECIAL POLICE OFFICER BULLETIN

U.S. COURT DECISIONS CONFIRM "DRIVING A MOTOR VEHICLE" IS A CITIZENS RIGHT AND NOT A GOVERNMENT GRANTED PRIVILEGE.
By Jack McLamb (from Aid & Abet Newsletter)

For many years Professionals within the criminal justice System have acted upon the belief that traveling by motor vehicle upon the roadway was a privilege that was gained by a citizen only after approval by their respective state government in the form of the issuance of a permit or license to that Particular individual. Legislators, police officers and court officials are becoming aware that there are now court decisions that prove the fallacy of the legal opinion that" driving is a privilege and therefore requires government approval, i.e. a license". Some of these cases are:

Case # 1 - "Even the legislature has no power to deny to a citizen the <u>right</u> to travel upon the highway and transport his property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience. - <u>Chicago Motor Coach v Chicago 169 NE 22</u>
("Regulated" here means traffic safety enforcement, stop lights, signs, etc. NOT a privilege that requires permission i.e.- licensing, mandatory insurance, vehicle registration, etc.)

Case # 2 - "The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common right which he has under the right to life, liberty, and the pursuit of happiness."- <u>Thompson v Smith 154 SE 579.</u>

It could not be stated more conclusively that Citizens of the states have a <u>right</u> to travel, without approval or restriction (license), and that this right is protected under the U.S. Constitution. Here are other court decisions that expound the same facts:

Case # 3 - "The right to travel is a part of the liberty of which the citizen cannot be deprived without due process of law under the 5th Amendment." - <u>Kent v Dulles, 357 U.S. 116, 125.</u>

Case # 4 - "Undoubtedly the right of locomotion, the right to remove from one place to another according to inclination, is an attribute of personal liberty, and the right, ordinarily, of free transit from or through the territory of any State is a right secured by the l4th Amendment and by other provisions of the Constitution." - <u>Schactman v Dulles, 96 App D.C. 287, 293.</u>

FUNDAMENTAL RIGHT

As hard as it is for those of us in Law enforcement to believe, there is no room for speculation in these court decisions. The American citizen does indeed have the inalienable right to use the roadways unrestricted in any manner as long as they are not damaging or violating property or rights of another.

Government, in requiring the people to file for "drivers licenses, vehicle registrations, mandatory insurance, and demanding they stop for vehicle inspections, DUI/DWI

roadblocks etc. without question, are "restricting", and therefore violating, the Peoples common law right to travel.

Is this a new legal interpretation on this subject of the right to travel? Apparently not. The American Citizens and Lawmen Association in conjunction with The U.S. Federal Law Research Center are presently involved in studies in several areas involving questions on constitutional law. One of the many areas under review is the area of "Citizens right to travel." In an interview a spokesmen stated: "Upon researching this subject over many months, substantial case law has presented itself that completely substantiates the position that the "right to travel unrestricted upon the nations highways" is and has always been a fundamental <u>right</u> of every Citizen."

This means that the "beliefs and opinions" our state legislators, the courts, and those of as involved in the law enforcement profession have acted upon for years have been in error. Researchers armed with actual facts state that U.S. case law is overwhelming in determining that - to restrict, in any fashion, the movement of the individual American in the free exercise of their right to travel upon the roadways, (excluding "commerce" which the state Legislatures are correct in regulating), is a serious breach of those freedoms secured by the U.S. Constitution, and most state Constitutions, i.e - <u>it is Unlawful.</u>

<u>THE REVELATION THAT THE AMERICAN CITIZEN HAS ALWAYS HAD THE INALIENABLE RIGHT TO TRAVEL RAISES PROFOUND QUESTIONS TO THOSE WHO ARE INVOLVED IN MAKING AND ENFORCING STATE LAWS.</u>

The first of such questions may very well be - If the States have been enforcing laws that are unconstitutional on their face, it would seem that there must be some way that a state can <u>legally</u> put restrictions, such as - licensing requirements, mandatory insurance, vehicle registration, vehicle inspections, D.W.I. roadblocks, to name just a few, on a Citizens constitutionally protected right. Is that not so?

For the answer to this question let us look, once again, to the U.S. courts for a determination on this very issue.

The case of <u>Hertado v. California, 110 U.S. 516.</u> states very plainly: "The State cannot diminish rights of the people."

"the assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice."- <u>Davis v. Wechsler, 263 U.S. 22, 24.</u>

Would we not say that these judicial decisions are straight to the point - that there is <u>no lawful method</u> for government to put restrictions or limitations on rights belonging to the people?

Other cases are even more straight forward:

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."
- <u>Miranda v. Arizona, 384 U.S. 436, 491.</u>

"The claim and exercise of a constitutional right cannot be converted into a crime." - <u>Miller v. U.S., 230 F 2d 486, 489.</u>

"There can be no sanction or penalty imposed upon one because of this exercise of Constitutional rights."- <u>Sherar v. Cullen, 481 F. 945.</u> ( There is no question that a citation/ticket issued by a police officer, for no drivers license, no current vehicle registration, no vehicle insurance etc. which carries a fine or jail time, is a penalty or

sanction, and is indeed "converting a Right into a crime".)

We could go on, quoting court decision after court decision, however, In addition, the Constitution itself answers our question- "Can a government <u>legally</u> put restrictions on the rights of the American people at anytime, for any reason"? (Such as in this particular case - when the government believes it to be for the safety and welfare of the people).

The answer is found in <u>ARTICLE SIX</u> of the U.S. Constitution:

"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof;..shall be the supreme Law of the Land; and the judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary not withstanding". (This tells us that the U.S. Constitution is to be upheld over any state, county, or city laws that are in opposition to it.)

In the same Article it goes on to say just <u>who</u> it is within our governments that is bound by this Supreme Law:

"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution;". - <u>ART. 6 U.S. CONST.</u>

We know that Police officers, are a part of the Executive branch. We are "Executive Officers".

Article 6 above, is called the SUPREMACY CLAUSE, and it clearly states that, under every circumstance, the above listed officials in these United States <u>must</u> hold this documents tenets <u>supreme</u> over any other laws, regulations, or orders. Every U.S. Police officer knows that they have sworn a oath to the people of our nation that we will not only protect their lives and property, but, that we will uphold, and protect their freedoms and rights under the Supreme laws of this nation, - the U. S. Constitution.

In this regard then, we must agree that those within government that restrict a Citizens rights, (such as restricting the peoples right to travel,) are acting in violation of his or her oath of office and are actually committing a crime against such Citizens. Here's an interesting question. Is ignorance of these laws an excuse for such acts by officials?

If we are to follow the "letter of the law (as we are sworn to do), this places officials that involve themselves in such unlawful acts in a unfavorable legal situation. For it is a felony and federal crime to violate, or deprive citizens of their Constitutionally protected rights.

Our system of law dictates the fact that there are only two ways to legally remove a right belonging to the people. These are - #1 - by lawfully amending the constitution, or #2 - by a person <u>knowingly</u> waiving a particular right.

Some of the confusion in our present system has arisen because many millions of people have waived their right to travel "unrestricted" upon the roadways of the states and opted into the jurisdiction of the state for various reasons. Those who have <u>knowingly</u> given up these rights are now <u>legally</u> regulated by state law, the proper courts, and "sworn, constitutionally empowered officers-of-the-law," and must acquire proper permits, registrations, insurance, etc.

There are basically two groups of people in this category:

#1 - Any citizen that involves themselves in "commerce," (business for private gain), upon the highways of the state.

Here is what the courts have said about this:

"...For while a citizen has the right to travel upon the public highways and to transport his property thereon, that right does not extend to the use of the highways, either in whole or in part, as a place for <u>private gain</u>. For the latter purpose no person has a vested right to use the highways of the state, but is a privilege or license which the legislature may grant or withhold at its discretion..." - <u>State v Johnson, 243 P. 1073, 1078.</u>

Other U.S. court cases that confirm and point out the difference between the "right" of the citizen to travel and a government "privilege" are - Barney v Board of Railroad Commissioners; State v City of Spokane, 186 P. 864.; Ex Parte Dickey (Dickey v Davis), 85 S.E. 781.; Teche Lines v Danforth, 12 So.2d 784.

There are numerous other court decisions that spell out the <u>JURISDICTION</u> issue In these two distinctly different activities. However, because of space restrictions we will leave it up to officers to research it further for themselves. (See last page for additional references).

#2 - The second group of citizens that are legally under the jurisdiction of the state is the individual citizen who has voluntarily and <u>knowingly</u> waived their right to travel "unregulated and unrestricted" by requesting placement under such jurisdiction through the acquisition of a state - drivers license, vehicle registration, mandatory insurance, etc. (In other words "by contract only".)

We should remember what makes this "legal," and not a violation of the individuals common law right to travel "unrestricted" is that they <u>knowingly</u> volunteer, freely, by contract, to waive their right. If they were forced, coerced or unknowingly placed under the states powers, the courts have said it is a clear violation of their rights.

This in itself raises a very interesting question. What percentage of the people in each state have filed, and received, licenses, registrations, insurance etc. after erroneously being advised by their government that it was <u>mandatory</u>?

Many of our courts, attorneys and police officials are just becoming informed about this important issue and the difference between "Privileges vs. Rights". We can assume that the majority of those Americans carrying state licenses, vehicle registrations etc., have no knowledge of the rights they waived in obeying laws such as these that the U.S. Constitution clearly states are unlawful, i.e. "laws of no effect". In other words - "<u>LAWS THAT ARE NOT LAWS AT ALL.</u>"

<u>OUR SWORN DUTY</u>

An area of serious consideration for every police officer, is to understand that the most important law in our land he has taken an oath to protect, defend, <u>AND ENFORCE</u>, is not state laws, nor city or county ordinances, but, that law that supersede all other laws in our nation, - the U.S. Constitution. If laws in a particular police officer's state, or local community are in conflict with the SUPREME LAW of our nation, there Is no question that the officer's duty is to "uphold the U.S. Constitution."

What does this mean to the "patrol officer" who will be the only sworn "Executive Officer" on the scene, when knowledgeable Citizens raise serious objections over possession of insurance, drivers licenses and other restrictions? It definitely means these officers will be faced with a hard decision. (Most certainly if that decision effects

state, city or county revenues, such as the issuing of citations do.)

Example: If a state legislator, judge or a superior tells a police officer to proceed and enforce a contradictory, (illegal), state law rather than the Supreme Law of this country, what is that "sworn officer" to do? Although we may not want to hear it, there is but one right answer, - "the officer is duty bound to uphold his oath of office" and obey the highest laws of the nation. THIS IS OUR SWORN DUTY AND IT'S THE LAW!

Such a strong honest stand taken by a police officer, upholding his or her oath of office, takes moral strength of character. It will, without question, "SEPARATE THE MEN FROM THE BOYS." Such honest and straight forward decisions on behalf of a government official have often caused pressure to be applied to force such officers to set aside, or compromise their morals or convictions.

As a solace for those brave souls in uniform that will stand up for law and justice, even when it's unpopular, or uncomfortable to do so...let me say this. In any legal stand-off over a sworn official "violating" or "upholding" their oath of office, those that would side with the "violation" should inevitable lose.

Our Founding Fathers assured us, on many occasions, the following: Defending our freedoms in the face of people that would for "expedients sake," or behind the guise, "for the safety and welfare of the masses," ignore peoples rights, would forever demand sacrifice and vigilance from those that desired to remain free. That sounds a little like - "Freedom is not free!"

Every police officer should keep the following court ruling, that was covered earlier, in mind before issuing citations in regard to "mandatory licensing, registration and insurance" - verses - "the right of the people to travel unencumbered":

"THE CLAIM AND EXERCISE OF A CONSTITUTIONAL RIGHT CANNOT BE CONVERTED INTO A CRIME." - Miller v U.S., 230 F 2d 486. 489.

And as we have seen, "traveling freely," going about ones daily activities, is the exercise of a most basic right.

**Back Home**